## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT HOUCK, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) v. ) ) PROFESSIONAL CREDIT SERVICE, ) ) ) Defendant. ) | Case No. 1:19-cv-00199-SEB-DML |

### **STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Robert Houck ("Plaintiff") and Defendant, Professional Credit Service ("Defendant"), as follows:

### **RECITALS**

1. On or about January 18, 2019, Plaintiff filed a Complaint in this Court alleging violations of 15 U.S.C. § 1692 et seq., the Fair Debt Collection Practices Act ("FDCPA"), against Defendant for a debt originally owed to Consumer Cellular, Inc. ("Consumer Cellular") (hereinafter referred to as the "Action").

2. On or about April 4, 2014, Plaintiff entered into the Consumer Cellular Agreement ("CCA") with Consumer Cellular that provides an arbitration provision which states claims such as those alleged in this Action are subject to binding arbitration.

3. The parties have met and conferred and confirm that they would submit to binding arbitration.

4. Based on the above Recitals, and for the purpose of facilitating arbitration of the Action, the parties stipulate and agree as follows:

## STIPULATION AND MUTUAL AGREEMENT TO ARBITRATE

1. Plaintiff and Defendant stipulate and agree to submit the entire Action to final and binding arbitration.

2. The Action shall be stayed pending resolution of arbitration.

3. The class allegations in the Action are hereby stricken and arbitration will commence on an individual basis.

4. Judgment upon the award rendered by the Arbitrator may be entered in this Court.

Dated: May 6, 2019

| | |
|---|---|
| /s/ Marwan R. Daher (with consent) | /s/ Stephanie A. Strickler |
| Marwan R. Daher, Esq. | Stephanie A. Strickler |
| Omar T. Sulaiman, Esq. | Nicole M. Strickler |
| Alexander J. Taylor, Esq. | Messer Strickler, Ltd. |
| *Counsel for Plaintiff* | 225 W. Washington Street, Suite 575 |
| Sulaiman Law Group, Ltd | Chicago, IL 60606 |
| 2500 S Highland Ave, Suite 200 | (312) 334-3469 |
| Lombard, IL 60148 | (312) 334-3473 (FAX) |
| Telephone: (630) 575-8181 | sstrickler@messerstrickler.com |
| mdaher@sulaimanlaw.com | nstrickler@messerstrickler.com |
| osulaiman@sulaimanlaw.com | *Attorneys for Defendant* |
| ataylor@sulaimanlaw.com | |